UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION


FILED
MAR 1 3 2008
CLERK

Lawrence Larsen,
Plaintiff,

CIV 08-4036

vs.

COMPLAINT

The Minnehaha County Jail & The Sioux Falls Police department
Defendant.

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

   B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:

        Plaintiffs _____

        Defendants _____

      2. Court (if federal court, name the district; if state court, name the county) _____

      3. Docket number _____.

      4. Name of Judge to whom case was assigned _____.

      5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____.

      6. Approximate date of filing lawsuit _____.

      7. Approximate date of disposition _____.

(1)

II.     PLACE OF PRESENT CONFINEMENT _Minnehaha County Jail_

   A.   Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

   B.   Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

   C.   If your answer is yes,

   1. What steps did you take? _I wrote grievances to the Sgt, LT, Warden, Sheriff_

   2. What was the result? _They responded that they would look into the matter but nothing was done in return_

   D.   If your answer is no, explain why not _____

   E.   If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F.   If you answer is yes,

   1. What steps did you take? _____

   2. What was the result? _____

III. PARTIES

   In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.   Name of Plaintiff _Lawrence Larsen_
        Address _500 N. Minnesota Ave. Sioux Falls, SD 57104_

   In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

   B.   Name of Defendant _Minnehaha County Jail_ who is employed as _____ at _____

(2)

C.  Additional Defendants _The Sioux Falls, South Dakota Police Department_

## IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

On November 19th or 20th 2007 I was arrested in Mt. Carroll, Illinois, for a Felony Fugitive warrant that I did not commit. I was charged with the charge "2nd Degree Robbery". I sat in the Carroll County Jail in Illinois until January 5th or 6th of 2008. I was then extradited to the Minnehaha County Jail in Sioux Falls, SD. At my 15 day preliminary hearing the felony charge was dismissed.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the courts to file a civil complaint because I believe I was wrongly incarcerated. I want the jail and Sioux Falls, SD police officers punished for violating my civil rights.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this _1st_ day of _March_, 2008

_Lawrence Larsen_
Signature of Plaintiff

(9/96)

(3)

## State of Claim

During my incarceration in 2005. I was harrassed by jail officers on many occasions. I was puking up blood and flesh from my stomach and throat from my ulcers and my acid reflex disorder. I was unable to make a bowl movement for a week. I asked jail officers and med staff for medical treatment and I was denied. When I was put in D-Block. I was assaulted by Sgt. Ross while I was handcuffed. He slammed my face off the wall and that caused me to have a black eye. When I was in D-Block I was denied a shower for 3 days in a row. I was denied bedding, soap, and a Bible. I have documented dates and times on these and many other occurances through grievances, request forms, and my own personal notes. I had a visit with my parents and they saw the black eye I received from Sgt. Ross on that visit.

## Relief

I want the jail punished for violating my civil rights. I want all of the videos, phone call recordings, and visit recordings.

I gave a jail officer the (prisoner trust account report) 2 weeks ago. They have not given it back to me. I've asked numerous times and they say they don't know what I'm talking about.

## State of Claim

I was assaulted by a couple of Sioux Falls police officers and Minnehaha County jail officers in the booking area of the jail while I was handcuffed. This situation occured on September 1st 2006. I tried to press charges for the assault against me. The police officer took my statements and took 6 pictures of me from the assault. He said he saw the video. My stomach is scarred from the incident, my ear was bruised with numerous colors, and my back was damaged. I went to the chiropracter the day I got out of jail. He took 6-8 x-rays of my neck, back, and spine. A couple weeks after the assault I had got a letter in the mail from police stating "They looked into it and didn't feel that they were at fault"

## Relief

I would like the court to file a civil complaint in Federal court for the pain and suffering I endured while in custody of the Minnehaha County Jail officers and Sioux Falls, SD police officers

## State of Claim

During my incarceration for the Robbery charge that had got dismissed. My girlfriend was pregnant with my Baby. She had a miscarriage due to stress. I beleive that the reason that happened was because of my wrongful incarceration.

## Relief

I would like the courts to file a wrongful Death Law suit against The Minnehaha County Jail in Federal Court