UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
**OCT 24 2008**
CLERK

| | | |
|---|---|---|
| LAWRENCE LARSEN, | ) | CIV. 08-4036 RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MINNEHAHA COUNTY JAIL | ) | |
| and SIOUX FALLS POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the Order of the Court dated this same day, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment shall issue in favor of Minnehaha County Jail and Sioux Falls Police Department, and against Lawrence Larsen.

Dated this 22nd day of October, 2008.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE